No. 70–5175.  HUTTER v. DOOR COUNTY CHAMBER OF COMMERCE.  C. A. 7th Cir.  Certiorari denied.

No. 70–5176.  TERRELL v. POWELL, CORRECTIONAL SUPERINTENDENT.  Sup. Ct. Pa.  Certiorari denied.

No. 70–5177.  GLUCKSMAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 70–5179.  PIPITO v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 70–5181.  HOLMES v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 70–5182.  CHASE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 70–5183.  KLINE v. RUSSELL, JUDGE.  C. A. 4th Cir.  Certiorari denied.

No. 70–5184.  MAKAL v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 70–5186.  SERIO, AKA BEARD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 70–5412.  ROSE, AKA CARR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 70–5189.  GAY v. CALDWELL, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 70–5192.  SPENCER v. EYMAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.